[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-14814
Non-Argument Calendar
_____

D.C. Docket No. 6:10-cr-00146-GAP-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZECHARY TORRANCE EDWARDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 23, 2012)

Before PRYOR, JORDAN and ANDERSON, Circuit Judges

PER CURIAM:

Robert Godfrey, on behalf of Donna Lee Elm, Federal Public Defender and appointed counsel for Zechary Edwards, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*,

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Edwards's convictions and sentences are **AFFIRMED**.